IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                      NO. 4:13CR00268-JLH

MAXWELL VICTOR MASON (01)
JAMES VERNON McKNIGHT (02)
KEITH W. BURFORD (03)
AUSTIN H. TAYLOR (06)                                                 DEFENDANTS

## ORDER

The Court has been advised that summonses issued on September 12, 2013, to Defendants Maxwell Victor Mason, James Vernon McKnight, Keith W. Burford and Austin H. Taylor were returned to the Court unexecuted due to missing addresses. The service addresses have now been provided to the United States Marshal Service.

The Clerk of Court is directed to re-issue summons to Defendants Maxwell Victor Mason, James Vernon McKnight, Keith W. Burford and Austin H. Taylor, who are ordered to appear for plea and arraignment before Magistrate Judge Beth Deere on September 24, 2013, at 10:00 a.m., at the Richard S. Sheppard United States Courthouse, 500 West Capitol Avenue, Courtroom 1D, Little Rock, Arkansas. The summons for each defendant should contain the date, time, and place of the plea and arraignment.

IT IS SO ORDERED this 16th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE